Marco Molina, SBN 338185
Shaia Stambuk, SBN 329240
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, California 92626
Telephone: 714.754.6600
Email: mmolina@bakerlaw.com
         sstambuk@bakerlaw.com

Carlos Ramos-Mrosovsky
New York Bar No. 4554283
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Telephone: 212.589.4200
Email: cramosmrosovsky@bakerlaw.com
*Pro Hac Vice Forthcoming*

*Attorneys for Petitioner*
GERARD RICHARD WILLIAMS III

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GERARD RICHARD WILLIAMS III,<br><br>*Petitioner*. | Case No.: 2:25-cv-1619<br><br>**PETITIONER'S NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |

1

PLEASE TAKE NOTICE THAT pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Petitioner Gerard Richard Williams III ("Petitioner"), certifies that the following listed parties may have pecuniary interests in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Petitioner Gerard Richard Williams III
2. Hung Minh Huynh

Dated: February 25, 2025

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: _____
Marco Molina, SBN 338185
Shaia Stambuk, SBN 329240
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, California 92626
Telephone: 714.754.6600
Email: mmolina@bakerlaw.com
sstambuk@bakerlaw.com

Carlos Ramos-Mrosovsky
*New York Bar No. 4554283
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Telephone: 212.589.4200
Email: cramosmrosovsky@bakerlaw.com
*Pro Hac Vice Forthcoming

*Attorneys for Petitioner*
GERARD RICHARD WILLIAMS III