Carlos Ramos-Mrosovsky
Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111-0100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Gerard Richard Williams III | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:25-mc-00005-FWS-ADS |
| v. | |
| Huynh Minh Hung (Respondent) | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Ramos-Mrosovsky, Carlos
*Applicant's Name (Last Name, First Name & Middle Initial*
(212) 589-4661     (212) 589-4201
*Telephone Number*     *Fax Number*
cramosmrosovsky@bakerlaw.com
*E-Mail Address*

of  Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111-0100
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Gerard Richard Williams III

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Molina, Marco
*Designee's Name (Last Name, First Name & Middle Initial*
338185     (714) 966-8833     (714) 754-6611
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
mmolina@bakerlaw.com
*E-Mail Address*

of  Baker Hostetler LLP
600 Anton Blvd, Suite 900
Costa Mesa, CA 92626-7221
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** February 26, 2025

/s/ Autumn D. Spaeth
**U.S. Magistrate Judge**