UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:  8:25-mc-00005 FWS (ADS)                              Date:  February 26, 2025

Title:     *In Re: Gerard Richard Williams III*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER SETTING HEARING**

The Court is in receipt of Petitioner Gerard Richard Williams III's ("Petitioner") Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding (the "Application").  (Dkt. No. 1).  The Court sets an in-person hearing on the Application for Friday, March 7, 2025, at 1:00 p.m. in Courtroom 6B at the Ronald Reagan Federal Building and Courthouse, 411 West Fourth Street, Santa Ana, California 92701.

**IT IS SO ORDERED.**

Initials of Clerk kh