JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GERARD RICHARD WILLIAMS III, <br><br> *Petitioner*. | Case No.: **8:25-mc-00005-FWS-ADS** <br><br> **ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |
|---|---|

Petitioner Gerard Richard Williams III ("**Petitioner**") filed with the Court an *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery For Use in a Foreign Proceeding (the "**Application**"). Upon consideration and review of the Application, the Memorandum of Points and Authorities in Support thereof, the Declaration of Gerard Richard William III, and the proposed subpoena, the Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004) weigh in favor of granting the Application.

Therefore, IT IS ORDERED that Petitioner's Application is GRANTED.

IT IS FURTHER ORDERED that Petitioner is granted leave to issue and serve the subpoena on Huynh Minh Hung (also known as Dam Vinh Hung) containing the substance and form of the subpoenas attached as Exhibits B1 and B2 to the Application.

**IT IS SO ORDERED**.

Dated: 03/07/2025

/s/ Autumn D. Spaeth
Honorable Autumn D. Spaeth
United States District Magistrate Judge